1 | Troncoso & Schell
2 | P.O. Box 9023352
San Juan, PR 00902-3352
Telephone: (787) 722-0741
3 | Facsimile: (787) 724-2563
Attorneys for Plaintiff
4

5 | UNITED STATES DISTRICT COURT

6 | NORTHERN DISTRICT OF CALIFORNIA

|                                                      | )                                      |
|------------------------------------------------------|----------------------------------------|
|                                                      | ) Case No.: 06-cv-02663-CRB            |
| IN RE: BEXTRA AND CELEBREX                           | )                                      |
| MARKETING SALES PRACTICES AND                        | ) MDL NO. 1699                         |
| PRODUCT LIABILITY LITIGATION                         | ) District Judge: Charles R. Breyer    |
|                                                      | )                                      |
| Esther Córdova-Pérez, et al.                         | )                                      |
|                                                      | )                                      |
| Plaintiffs,                                          | ) STIPULATION AND ORDER OF             |
|                                                      | ) DISMISSAL WITHOUT PREJUDICE          |
| vs.                                                  | )                                      |
|                                                      | )                                      |
| Pfizer, Inc., et al.                                 | )                                      |
|                                                      | )                                      |
| Defendants.                                          | )                                      |

**Come Now** the Plaintiffs, ESTHER CORDOVA-PEREZ, JOSE J. MACEIRA-CORDOVA AND JUAN E. MACEIRA, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiffs or a representative of Plaintiffs attempt to re-file the claim against Defendants, they should do so only by re-filing in the United States District Court.

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE

-1-

| | | |
|---|---|---|
| 1 | Dated: April 25, 2007 | TRONCOSO & SCHELL |
| 2 | | P.O. Box 9023352 |
| | | San Juan, PR 00902-3352 |
| 3 | | Telephone: (787) 722-0741 |
| | | Facsimile: (787) 724-2563 |

By: /s/ Francisco M. Troncoso
Francisco M. Troncoso
Attorneys for Plaintiffs
Esther Córdova-Pérez
José J. Maceira-Córdova
Juan E. Maceira

Dated: May 15, 2007 ~~April 25, 2007~~

GORDON & REES

By: /s/ Stuart M. Gordon
Stuart M. Gordon
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: May 17, 2007

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE

-2-